IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SCOTT BEHNKE,**

        **Plaintiff,**

-vs-                                            Case No. 2:08-cv-14035

**HIDDEN OAKS GROUP INC.,**

        **Defendant.**

_____/

**STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS
STIPULATION**

        IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-captioned case be dismissed with prejudice and without costs, resolving the last pending claim and closing the case.

| | |
|---|---|
| BRIAN P. PARKER, P.C. | STEVEN A. SIMAN, P.C. |
|    s/Brian P. Parker |    s/with consent Steven A. Siman |
| **BRIAN P. PARKER (P 48617)** | **STEVEN A. SIMAN (P 20480)** |
| Attorney for Plaintiff | Attorney for Defendant |
| 30700 Telegraph Rd., Suite 1580 | 3250 W. Big Beaver |
| Bingham Farms, MI 48025 | Suite 344 |
| (248) 642-6268 | Troy, MI 48084-2902 |
| (248) 642-8875 (FAX) | (248) 643-4700 |
| lemonlaw@ameritech.net | (248) 643-7180 |
| WWW.COLLECTIONSTOPPER.COM | sas@simanlaw.net |

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT BEHNKE,

      **Plaintiff,**

-vs-                                        Case No. 2:08-cv-14035

**HIDDEN OAKS GROUP INC.,**

      **Defendant.**

_____/

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

At a session of said Court held in the City of Detroit, County of Wayne, State of Michigan, on June 1, 2009.

PRESENT: HON. PATRICK J. DUGGAN
UNITED STATES DISTRICT COURT JUDGE

This matter having come before this Honorable Court pursuant to Stipulation hereto attached; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case be dismissed with prejudice and without costs, resolving the last pending claim and closing the case.

                              s/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated:  June 1, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 1, 2009, by electronic and/or ordinary mail.
                              s/Marilyn Orem
                              Case Manager